IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING BANK OF COMMERCE, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT JOHANNESSEN, an individual and Tennessee citizen, and LORRIE JOHANNESSEN, and individual and Tennessee citizen,<br><br>　　　　　Defendants. | 2:10-cv-00385-GEB-DAD<br><br>RECUSAL ORDER |

　　　　On April 7, 2010, Defendant filed a motion to vacate the clerk's entry of default. (Docket No. 10.) However, a review of a filing in this case indicates I should recuse myself as the presiding judge. C.f. United States v. Holland, 519 F.3d 909, 913 (9th Cir. 2008) (stating that the purpose of the recusal statute "is to avoid even the appearance of partiality.")  Therefore, I recuse myself, and the Clerk of the Court shall reassign this case to another judge. The hearing on Defendant's motion currently set for May 17, 2010 is vacated.

Dated: May 11, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge