UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDING BANK OF COMMERCE, a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT JOHANNESSEN, an individual and Tennessee citizen, and LORRIE JOHANNESSEN, an individual and Tennessee citizen,<br><br>        Defendants. | Case No. 2:10-cv-00385-MCE-DAD<br><br>**STIPULATION AND ORDER** |

Pursuant to Local Rule 143, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that defendants' responsive pleadings shall be filed and served herein no later than twenty-eight (28) days after entry of the Order contemplated by this stipulation. The parties have tentatively reached a settlement in principle of all claims relating hereto and arising hereunder. The purpose of the Stipulation is to allow the parties sufficient time to finalize the settlement of their dispute.

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED**.

DATED: October 29, 2010.                    DOWNEY BRAND LLP


By: /s/ Meghan M. Baker
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100
E-Mail: mbaker@downeybrand.com

*Attorneys for Plaintiff*


DATED: October 29, 2010.                    LAW OFFICES OF SCOTT D. JOHANNESSEN


By: /s/ Scott D. Johannessen
SCOTT D. JOHANNESSEN (SBN 128841)
3200 West End Avenue, Suite 500
Nashville, TN 37203
Telephone: 877.863.5400
Facsimile: 877.863.5401
E-Mail: scott@sdjnet.com

*Attorney for Defendants*

**IT IS SO ORDERED**.  Defendants' responsive pleadings are due twenty-eight (28) days following the date this Order is electronically filed.  In the meantime, the parties are directed to immediately notify the Court if settlement is in fact effectuated.

DATED: November 4, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com